CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 2 3 2006

JOHN F. CORCORAN, CLERK
BY:
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELTON LEE WILLIAMS,<br>   Plaintiff, | Civil Action No. 7:01-cv-00274 |
| v. | **FINAL ORDER** |
| RONALD J. ANGELONE, et al.,<br>   Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that defendants' motion for summary judgment as to plaintiff's claims under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc, et. seq., shall be and hereby is **GRANTED**, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 23rd day of March, 2006.

/s/ James C. Turk
Senior United States District Judge